UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | No. 2:12-CV-44-DBH |
| TRI STATE CRANE RENTAL CORP., ET AL., | ) ) ) | |
| DEFENDANTS | ) | |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

The lawyers engaged in discussion about what is factually disputed and agreed that there is very little, perhaps no, factual dispute. By June 19, 2012, the plaintiff will provide the defendant a draft statement of facts and draft affidavits. The defendant will respond by June 26. The lawyers will then stipulate to as much as possible, and on July 3, they will file with the court their stipulation and any additional facts that either party asserts. The plaintiff will file its legal memorandum on July 3, the defendant will file its response by July 17, and the plaintiff will file any reply by July 20. The parties will brief choice of law and whether the 25% attorney fee provision is enforceable, but they will not argue the dollar amount of fees. (The plaintiff agrees that the accrued fees are substantially less than 25% of the loan amount.) All other deadlines are stayed pending the court's ruling on the motion.

SO ORDERED.

DATED THIS 12TH DAY OF JUNE, 2012

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**